UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 13-402 |
|     Plaintiff, ) | |
|     v. ) | DETENTION ORDER |
| MICHAEL MCLAREN, ) | |
|     Defendant. ) | |

<u>Offense charged</u>:   Felon in Possession of a Firearm – Armed Career Criminal

<u>Date of Detention Hearing</u>:   August 23, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with possessing a firearm, having

DETENTION ORDER
PAGE -1

previously been convicted of seven prior felonies in the State of Washington. He was not interviewed by Pretrial Services, so his background information is either unknown or unverified.   Defendant does not contest detention.

2. Defendant's lengthy criminal record includes numerous parole and probation violations as well as convictions for attempting to elude a police officer. There are several charges pending in other courts in this state.

3. Defendant poses a risk of nonappearance due to lack of verified background information, pending charges and criminal history. He poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3