CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL MCLAREN,<br><br>            Defendant. | NO. CR13-00271 MJP<br><br>ORDER GRANTING CONTINUANCE OF PRETRIAL MOTIONS DEADLINE AND TRIAL |

THE COURT having considered the unopposed motion of the Defendant, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the Defendant's unopposed motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and an opportunity for the defendant to benefit from his efforts, and that these factors outweigh the bests interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date is extended from September 15, 2014 to December 15, 2014.  Pretrial Motions should be filed by August 25, 2014.

//

//

Order Granting Continuance of Pretrial Motions and Trial
Michael McLaren
No. CR13-00217 MJP
Page 1 of 2

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

IT IS FURTHER ORDERED that the period of time from the current trial date of September 15, 2014, up to and including the new trial date of December 15, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DONE this 22nd day of July, 2014

_____
Marsha J. Pechman
United States District Judge

Presented By:


s/Craig A. Platt_____
Craig A. Platt, WSBA No. 12396
Platt & Buescher, Attorneys at Law
PO Box 727
Coupeville, WA 98239
Phone: 360-678-6777
Fax: 360-678-0323
Email: craig@craigplatt.com
Attorney for Defendant

Order Granting Continuance of Pretrial Motions and Trial
Michael McLaren
No. CR13-00217 MJP
Page 1 of 2

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323